# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132669

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CRAIG MICHAEL SMITH,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132669
COA: 264196
Alger CC: 05-001684-FC

      On order of the Court, the application for leave to appeal the October 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

s0319